**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 15, 2019.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-19-00598-CV

---

### S. EMANUEL LIN, Appellant

### V.

### ESTATE OF KENNETH JAMES WILCHENSKI AND ROBERT FLOYD SUE TRUCKING, INC., Appellees

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2016-62142**

---

### MEMORANDUM OPINION

This is an appeal from an order signed July 10, 2019. On August 9, 2019, appellant S. Emanuel Lin filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Chief Justice Frost and Justices Wise and Hassan.